BTR
F.#2018R01075
UNSEAL.ORD5

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 19 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

MAHMOUD ALI BARAKAT,    18 Cr 292 (JMA)(ARL)

        Defendant.

- - - - - - - - - - - - - - - -X

    UPON THE APPLICATION of the United States of America by Burton T. Ryan, Jr., Assistant United States Attorney, on behalf of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, it is hereby

    ORDERED that the above captioned indictment be unsealed for all purposes.

Dated: Central Islip, New York
      November 19, 2018

                        SO ORDERED

                        S/ Arlene R. Lindsay
                        HON. ARLENE R. LINDSAY
                        UNITED STATES MAGISTRATE JUDGE
                        EASTERN DISTRICT OF NEW YORK