# KEVIN J. KEATING, P.C.

Kevin J. Keating
Attorney at Law

Counsel:
Stefani Goldin, Esq.

666 Old Country Road, Suite 900
Garden City, New York 11530
kevin@kevinkeatinglaw.com
T: 516-222-1099

Manhattan Office
(BY APPOINTMENT)
T: 212- 964-2702

November 18, 2019

**Via ECF**
Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: <u>United States v. Mahmoud Barakat</u>
18 Cr. 292

Dear Judge Azrack:

As you are aware, along with Robert Feitel, I am attorney for Mr. Barakat who is currently scheduled to be sentenced by the Court on December 5, 2019. On today's date I conferred with Probation Officer Langone who advised that the Pre-Sentence Report in this matter is not yet completed, but anticipates the report to issue within a few weeks.

With this, I write to respectfully request that the Court reschedule Mr. Barakat's sentencing to the later part of January, 2020.

Thank you for your consideration.

Very truly yours,

KEVIN J. KEATING

KJK/cj
cc: AUSA Charles Kelly