# LAW OFFICE OF KEVIN J. KEATING, P.C.

Kevin J. Keating
Attorney at Law

Counsel:
Stefani Goldin, Esq.

666 Old Country Road, Suite 900
Garden City, New York 11530
kevin@kevinkeatinglaw.com
T: 516-222-1099

Manhattan Office
(BY APPOINTMENT)
T: 212- 964-2702

February 24, 2020

**Via ECF**
Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re: United States v. Mahmoud Barakat
            18 CR 292

Dear Judge Azrack:

     As the Court is aware, along with Robert Feitel, I represent Mr. Barakat in the captioned matter who scheduled to be sentenced on March 11, 2020. The parties continue in their effort to reach agreement as to certain Guidelines issues in this matter which may obviate the need for a Fatico hearing.

     With this, I write to respectfully request a rescheduling of the sentencing for approximately 30 days, to a date convenient to the Court.

     I have conferred with AUSA Charles Kelly who offers his consent to this application.

     Thank you for your consideration.

                                                   Very truly yours,

                                                   KEVIN J. KEATING

KJK:sep
cc: All Counsel